THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CASEY DWAIN CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>PROVO CITY JUSTICE COURT et al.<br><br>Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:24-cv-00076-JNP<br><br>District Judge Jill N. Parrish |

In this prisoner civil-rights action, on June 11, 2024, the Court ordered Plaintiff to within thirty days "SHOW CAUSE why this case should not be dismissed for Plaintiff's failure to pay his initial partial filing fee (IPFF) of $6, required to be filed within thirty days of the Court's Order of April 11, 2024." (ECF Nos. 8, 13.) Plaintiff has not paid the IPFF. (ECF No. 13.)

IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

DATED September 17, 2024.

BY THE COURT:

JILL N. PARRISH
United States District Judge